Opinion issued February 15, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00346-CV

____________


ALLIANTGROUP, L.P., Appellant


V.


BRIAN PLUCKHAN, GREG ELIAS, RANDALL EICKHOFF, TAX
PROJECTS GROUP, L.P.; TAX PROJECTS GROUP, L.L.P.; AND TED
DRASS, Appellees






On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2006-04160






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss with prejudice. No
opinion has issued. Accordingly, the motion is granted, and the appeal is dismissed
with prejudice. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.